**IN RE: DOCTER OPTICS, SE, Appellant**

**2017-1126**

United States Court of Appeals, Federal Circuit.

October 17, 2017

DEBORAH POLLACK-MILGATE, Barnes & Thornburg LLP, Indianapolis, IN, argued for appellant. Also represented by LEAH LEWIS SIEGEL; RICHARD B. LAZARUS, Washington, DC.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by KAKOLI CAPRIHAN, MARY L. KELLY, THOMAS W. KRAUSE.

(Prost, Chief Judge, Lourie and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**